UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
VINCENT LEE, CARMEL LEE, AND :
ALTARIK JOHNSON :
    :
    Plaintiffs,    :
    :          Honorable Madeline Cox Arleo
v.  :
    :          Civil Action No. 06-4816 (SDW)
PUBLIC SERVICE ELECTRIC & GAS   :          **AMENDED**
CO., INC., ET AL.   :          **REPORT AND RECOMMENDATION**
    Defendants.   :
_____ :

**THIS MATTER** having come before the Court upon the motion of plaintiffs to remand upon notice to defendants, and the Court having considered the briefs and affidavits in support of and in opposition to the motion and having heard the argument of counsel, and for the reasons set forth on the record on January 10, 2007, and for good cause shown;

**IT IS** on this 29th day of January 2007,

**RECOMMENDED THAT** plaintiff's motion to remand be **GRANTED** and plaintiff's application for costs and fees be **DENIED**.


                                                     *s/Madeline Cox Arleo*
                                                     MADELINE COX ARLEO
                                                     United States Magistrate Judge

cc:   Hon. Susan D. Wigenton, U.S.D.J.
      All Parties
      File

1