UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENT LEE, et al., | |
| Plaintiffs, | Civil Action No. 06-4816 (SDW) |
| v. | |
| PUBLIC SERVICE ELECTRIC & GAS CO., INC., et al., | **ORDER** |
| Defendants. | February 9, 2007 |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

This matter having come before the Court on the Report and Recommendation of United States Magistrate Madeline C. Arleo, filed January 12, 2007, as amended on January 29, 2007; and the Court having received no objections to the Amended Report and Recommendation; and the Court having reviewed the Amended Report and Recommendation and the other documents on file on this matter; and for good cause shown;

It is on this 9th day of February 2007, **ORDERED** that the Amended Report and Recommendation of Magistrate Judge Arleo, filed January 29, 2007 is hereby **ADOPTED** as the facts and conclusions of law of this Court.

Plaintiff's motion to remand is hereby **GRANTED** and Plaintiff's application for costs and fees is **DENIED**.

s/Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc:   Judge Arleo
      Parties